

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2014

No. 04-14-00907-CV

**IN RE SEGREST SALTWATER RESOURCES, LLC**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                Sandee Bryan Marion, Chief Justice
                Marialyn Barnard, Justice

On December 29, 2014, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on December 30th, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 14-06-0426-CVA, styled *Segrest Saltwater Resources, LLC v. Pyote Water Systems, LLC; Pyote Water Systems II, LLC; Pyote Water Systems III, LLC; Pyote Water Solutions, LLC; Pyote Well Service, LLC; H.H. "Trip" Wommack III; George J. Wommack; Petro Waste Environmental, LLC; Petro Waste Environmental LP; and Josh Haislip*, pending in the 218th Judicial District Court, Atascosa County, Texas, the Honorable Stella Saxon presiding.